UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CASE NO. 8:08CR17 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| **MARCUS D. LAWSON,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 66). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On February 2, 2009, the Court entered a Preliminary Order of Forfeiture under the provisions of Title 18, United States Code, Sections 922(g)(3), 924(d) and Title 28, United States Code, 2461(c), based upon the Defendant's plea of guilty to Counts III and IV of the Superseding Indictment. The Defendant's interest in a Century International Arms Inc. assault rifle, Model number M70AB2, serial number M70AB04069, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on February 9, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on April 10, 2009 (Filing No. 65).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 66) is hereby sustained.

B.  All right, title and interest in and to the Century International Arms Inc. assault rifle, Model number M70AB2, serial number M70AB04069, held by any person or entity, is hereby forever barred and foreclosed.

C.  The Century International Arms Inc. assault rifle, Model number M70AB2, serial number M70AB04069, be, and the same hereby is, forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco and Firearms is directed to dispose of said property in accordance with law.

DATED this 14th day of April, 2009.

BY THE COURT


s/Laurie Smith Camp
United States District Judge